Addie Mourant, Appellant, v. The Pullman Trust and Savings Bank and Pullman Trust and Savings Bank, Appellees.

Gen. No. 41,784.

Heard in second division, first district, this court at June term, 1941; opinion filed May 14, 1942; rehearing denied June 5, 1942. Hugh Moore Matchett, for appellant; Wellington G. Brown, for appellees. Opinion by PRESIDING JUSTICE SCANLAN. ''Not to be published in full.''